UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH C. AUGUSTINE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | C.A. No.: 1:16-cv-255-ABJ |
| ) | |
| HOWARD UNIVERSITY, ) | |
| ) | |
| Defendant. ) | JURY TRIAL REQUESTED |
| ) | |

**STIPULATION TO REMAND**

WHEREAS the parties have agreed that this civil action which was initially filed in the Superior Court of the District of Columbia was improvidently removed, because Howard may not properly file a Petition for Removal for litigation brought in the District of Columbia Superior Court, pursuant to 42 U.S.C. §1441(b)(2), Joseph C. Augustine and Howard University, through counsel, respectfully request that this case be remanded to the Superior Court of the District of Columbia.

Respectfully requested,

| | |
|---|---|
| /S/ Ariana Wright Arnold | /S/ John F. Karl, Jr. |
| Ariana Wright Arnold[1] | John F. Karl, Jr. 292,459 |
| Senior Associate General Counsel for Litigation | Alderman, Devorsetz & Hora |
| Adonna Bannister Green | 1025 Connecticut Ave., N.W. |
| Associate General Counsel | Suite 615 |
| Howard University | Washington, D.C. 20036 |
| 2400 Sixth Street, N.W. | 202 293-3200 |
| Johnson Admin. Bldg. Suite 321 | Fax 202 969-8224 |
| Washington, D.C. 20059 | jfk@adhlawfirm.com |
| T: 202-806-2657 | Counsel for Plaintiff |
| F: 202-806-6357 | |
| E-mail: ariana.arnold@howard.edu | |
| Counsel for Howard University | |

SO ORDERED on this ___ day of March, that this case should be, and hereby is, remanded to the Superior Court of the District of Columbia.

_____
Amy Berman Jackson
U.S. District Judge

---

[1] Ariana W. Arnold admitted to this Court, but not currently admitted to practice law in the District of Columbia, but may be permitted to practice under D.C. Rule 49(c)(8) under the direct supervision of an enrolled, active member of the District of Columbia Bar (Adonna Bannister Green), for one period not to exceed 360 days from the commencement of her practice in D.C., which was on November 16, 2015.